**FILED**

12/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0578

IN THE SUPREME COURT OF THE STATE OF MONTANA

HANNA SHEPARD,          )   Supreme Court Cause No. DA 24-0578
                     )
    Plaintiff and Appellee,   )
                     )
    vs.                    )  **ORDER GRANTING EXTENSION**
                     )
WALMART,              )
                     )
    Defendant and Appellant.  )

Upon Motion of Appellant for an extension of time to file its Opening Brief currently due on December 11, 2024, to on or before January 13, 2025, there being no objection from the Parties and for good cause shown,

IT IS ORDERED Appellant Walmart shall have until Monday, January 13, 2025, to file its Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 3 2024